IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL KENT CURTIS**                                                    **PLAINTIFF**

**V.**                      **4:10CV01959 JMM**

**JANET TROUTMAN WARD**                                     **DEFENDANT**

**ORDER**

Defendant filed a Motion to Dismiss the Complaint on December 22, 2010. Plaintiff, acting pro se, has not responded to the motion. Plaintiff is directed to file a response with the Court on or before January 21, 2011. Failure to file a response may result in dismissal of the case.

Plaintiff's attention is directed to the fact that he is required to be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court. The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas. Plaintiff is instructed to be familiar and comply with said Rules.

IT IS SO ORDERED this 13th day of January, 2011.

                                                 _____
                                                 James M. Moody
                                                 United States District Judge