**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MICHAEL KENT CURTIS**                                                           **PLAINTIFF**

**V.**                                              **4:10CV01959 JMM**

**JANET TROUTMAN WARD**                                                     **DEFENDANT**

## ORDER

Based upon the Plaintiff's Response to the Defendant's Motion for Summary Judgment, the Court will extend Plaintiff's deadline to respond to the motion for two weeks. If Plaintiff is able to retain counsel, a further extension may be requested by counsel.

Plaintiff's response is due February 9, 2011.

IT IS SO ORDERED this 26th day of January, 2011.

_____
James M. Moody
United States District Judge