IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL KENT CURTIS**                                                                 **PLAINTIFF**

**V.**                                              **4:10CV01959**

**JANET TROUTMAN WARD**                                                          **DEFENDANT**

## ORDER

Plaintiff asks the Court to grant him an extension of time to retain counsel to represent him in this case. (Docket # 17). The Court previously extended Plaintiff's time to respond to the Defendant's Motion to Dismiss for that reason.

For good cause shown, the Court will once again extend Plaintiff's deadline to respond to the Defendant's Motion to Dismiss so that Plaintiff may retain counsel. However, Plaintiff is directed to respond, with or without counsel, to the Defendant's Motion to Dismiss on or before March 14, 2011. Failure to do so may result in dismissal of the case.

IT IS SO ORDERED this 14th day of February, 2011.

_____
James M. Moody
United States District Judge