IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL KENT CURTIS**                                            **PLAINTIFF**

**V.**                              **4:10CV001959 JMM**

**JANET TROUTMAN WARD**                                            **DEFENDANT**

### JUDGMENT

Pursuant to the Order entered on February 23, 2011, Judgment is hereby entered in favor of the Defendant and against the Plaintiff. The case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of February, 2011.

*[signature]*
James M. Moody
United States District Judge